DELAWARE FARMERS' MUTUAL FIRE INS. Co. *vs.* HENRY KNUPPEL.

Submitted on briefs Jan. 10, 1894.   Affirmed Jan. 18, 1894.

No. 8426.

Appeal by plaintiff, the Delaware Farmers' Mutual Fire Insurance Company, from a judgment of the District Court of Stevens County, *Calvin L. Brown,* J., entered July 25, 1893, in favor of the defendant, Henry Knuppel.

*J. W. Reynolds,* for appellant.
*Stephen A. Flaherty,* for respondent.

CANTY, J.   The same question considered in this case as in *Same Plaintiff* v. *Wagner, ante,* p. 240, (57 N. W. 656,) and the opinion in that case followed. Judgment affirmed.

(Opinion published 57 N. W. Rep. 656.)